# Exhibit A



Amazon.com: WeatherPod® The Original Shark Tank MyPod™ 1-2 Person... Wind (Hunter Green, 46" L x 46" W x 59" H) : Sports & Outdoors 8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 3 of 14   Page ID #:637

| | |
|---|---|
| Brand | Under the Weather |
| Product Dimensions | 46"L x 46"W x 59"H |
| Item Weight | 8.6 Pounds |
| Floor Width | 46 Inches |
| Recommended Uses For | Sports Events, Tailgating, Picnic, |

⌄ See more

## About this item

- polyester
- Imported
- The Original Weather Pod: Bigger than our 40x40 modular Pod, the XLarge 1-2 Person Pod's patented bubble is big enough to fully cover one adult in a folding camping chair, with plenty of legroom and space for a tote bag or small cooler
- Ready in Seconds: The super lightweight, one-piece design with memory wire makes it easy to pop open to beat a passing shower or swift drop in temperature; fold down just as quickly when you're ready to pack it in
- 270-Degree View: Highly water, wind and weather resistant, 3 clear, full-size, double-zip plastic doors give you a full view from the sideline of any lacrosse, softball, soccer, field hockey or football field so you'll never miss a play
- UPF 50: This fully enclosed, free-standing shelter protects from more than just the rain, snow and cold, providing up to 50 UPF maximum protection to keep you covered from the sun
- As Seen on Shark Tank: Under The Weather began in 2010 when the founders invented the original pop-up WeatherPod; we're dedicated to creating superior-quality Pods that are easy to use, and reliably protect you and your loved ones from the elements

› See more product details

## Additional Details

🏪 **Small Business**
This product is from a small business brand. Support small.

💬 Report an issue with this product or seller

### Sponsored

Sport-Brella Super-Brella SPF 50+...

⭐ 6,322
$74⁹⁹ 

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ 1-2 Person... Wind (Hunter Green, 46"L x 46"W x 59"H) : Sports & Outdoors    8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 4 of 14    Page ID #:638



sponsored ⓘ

## Frequently bought together

 +  +

Total price: $387.95

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** WeatherPod® The Original Shark Tank MyPod™ 1-2 Person Pop-Up Pod - Stay War...
$189⁹⁹ ✓prime

Under the Weather Sun-Shelters MyPodXL™
$119⁹⁹ ✓prime

Mr. Heater Portable Buddy Heater MH9BX 4,000-9,000 BTU Indoor-Safe Propane Radiant Heater F...
$77⁹⁷ ✓prime

## Based on your recent views  Sponsored ⓘ                                                                 Page 1 of 67

     

WeatherPod® The Original Shark Tank Side-by-Side™ 2-4 Person Pop-Up Pod...
★★★★☆ 198
**Amazon's Choice**
$209⁹⁹
✓prime

Under the Weather Sun-Shelters MyPodXL™
★★★★☆ 399
$119⁹⁹
✓prime

WeatherPod® The Original Shark Tank OriginalPod™ Pop-Up Pod - Stay Warm, Dry,...
★★★★☆ 7
$99⁹⁹
✓prime

EighteenTek Pod All Weather Sports Tent with Sealed Floor - Instant Tent Shelter - ...
★★★★☆ 1,075
**Limited time deal**
-10% $152⁹⁹
List: $169.99
✓prime

Raynesys Sports Pods, Instant Pop Up Bubble Tent Fits 1-2 Persons, No Condensation,...
★★★★☆ 31
-23% $99⁹⁹
List: $129.99
✓prime
**You pay $79.99** with coupon

Sports Tent Shelter - Ins All Weather, Person Bubbl...
★★☆☆☆
$99⁹⁹
✓prime

## 4 stars and above  Sponsored ⓘ                                                                         Page 1 of 37

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ 1-2 Person... Wind (Hunter Green, 46"L x 46"W x 59"H) : Sports & Outdoors    8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 5 of 14    Page ID #:639



WeatherPod® The Original Shark Tank Side-by-Side™ 2-4 Person Pop-Up Pod…
★★★★☆ 198
$299⁹⁹
✓prime



Sportneer Sports Tent: 1 Person Instant Shelter with Ultra Visibility for Cold Day …
★★★★☆ 120
Amazon's Choice
Limited time deal
-11% $79⁹⁹
List: $89.99
✓prime



EighteenTek Pod All Weather Sports Tent with Sealed Floor - Instant Tent Shelter - …
★★★★☆ 1,075
-12% $114³⁹
List: $129.99
✓prime



WeatherPod® The Original Shark Tank MyPod™ Mesh 1-2 Person Pop-Up Screen…
★★★★☆ 639
Amazon's Choice
-16% $79⁹⁹
Typical: $94.99
✓prime



Under the Weather Sun-Shelters MyPodXL™
★★★★☆ 399
$119⁹⁹
✓prime



All Weather Sports Pod,5 Weather Ten Instant Tent
★★★★☆
$129⁹⁹
✓prime
You pay $116.9
(some sizes/col

## From the brand



Shop Weather Pods
Visit the Store

## Product description

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ – 2 Person... Wind (Hunter Green, 46" L x 46" W x 59" H) : Sports & Outdoors    8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 6 of 14    Page ID #:640





### Easy Pop-Open Design

Featuring memory wire for easy set-up, WeatherPod tents pop open and fold up in seconds.



### Wind, Rain & Weather Resistant

Stay sheltered from rain, wind, mud, bugs and even sunburn — and weather all life's biggest moments.



### Great Visibility

WeatherPod pods feature 270° - 360° visibility for an unobstructed view.



### Any Pod for Any Need

Choose among personal pods, family pods, sports pods, wearable pods, privacy pods and more.



Amazon.com: WeatherPod® The Original Shark Tank MyPod™ 1-2 Person... Wind (Hunter Green, 46" L x 46" W x 59" H) : Sports & Outdoors    8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 7 of 14   Page ID #:641

| Comfort Plus Collection | Sun & Fun Collection | Windbuster Collection | Wearables Collection |




1-Person Pod


Tapered 1-Person Pod


1-2 Person Pod


2-3 Person

| | | | | |
|---|---|---|---|---|
| **Style** | Original Modular Design | Original Tapered Design | Modular Design, 2-Person Pod | Modular De: |
| **Seating Capacity** | 1 Adult | 1 Adult | 1-2 Adults | 2-3 Adults |
| **Features** | Made for any outdoor activity | Tapered Sides Blunt Wind Gusts | Room for a chair & cooler | Made for us |
| **Inside Dimensions** | 35"(W) x 35" (D) x 59" (H) | 40"(W) X 40" (D) X 59" (H) | 46"(W) x 46" (D) x 59" (H) | 92"(W) x 46 |
| **Folded Dimensions** | 20" diameter | 19" diameter | 24" diameter | 24" diamete |
| **Weight** | Approx. 7 lbs. | — | Approx. 7.5 lbs. | Approx. 8 lbs. | Approx. 11 l |

| How to Fold (1) | How to Fold (2) | How to Fold (3) | How to Fold (4) |

How to Fold (5)



| Q | How do I use my pod the first time? | ▼ |

| Q | The wires on my pod are twisted. What should I do? | ▼ |

| Q | What do I do if a zipper seems stiff and isn't working smoothly? | ▼ |

| Q | Why is my plastic wrinkly? | ▼ |

| Q | Can I put a heater in my WeatherPod? | ▼ |

## Product Description

The My Pod is a modular one-person pop-up Weather Pod. With fully zippered doors on three sides, you can line them up side-by-side 2 or 4 at a time under Connect Up roofs (sold separately). Simply unzip the side doors to move between Pods on rainy days, without getting wet. A fan-favorite at outdoor festivals and athletics venues, the My Pod is also great for backpacking, hiking, picnics, or connecting with family and friends at your favorite outdoor event or on the sidelines. The patented weatherproof design meets our demanding standards for quality including highly water- and wind-resistant materials and durable construction that delivers again and again. And, like all Under the Weather Pods, the My Pod pops-up and folds down in a snap. It's fully enclosed with dual-zippered cold-treated clear PVC doors which suits sports parents and tailgate fans who want to enjoy the game in comfort. When instant weather relief is a priority, we've got you covered so you can be there no matter the weather.

## Product information

| Features & Specs | ▼ |
| Materials & Care | ▲ |

| Material Type | Oxford 210 polyester |
| Product Care Instructions | Hand Wash |
| Pole Material Type | Aluminum |
| Fabric Type | plastic, polyester |
| Base | Oxford 210 polyester |
| Stake Material | Aluminum |
| Tent Floor Material | Oxford polyester |
| Rainfly Material | Pvc |

| User guide | ▼ |

| Measurements | ▼ |
| Item details | ▼ |
| Style | ▼ |

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ 1-2 Person... Wind (Hunter Green, 46" L x 46" W x 59" H) : Sports & Outdoors    8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 9 of 14   Page ID #:643

## Feedback

Would you like to **tell us about a lower price?**

## Product Videos



## Products related to this item
Sponsored



## Similar brands on Amazon
Sponsored





EighteenTek Shower Tent Camping, 2-Room Portable Changing Room,…
4.4 ★★★★½ 32
**10% off** Limited time deal
**$125.98** List: $139.99

OutdoorMaster Beach Tent for 3/4 Person - Easy Setup Sun Shade Shelter…
4.5 ★★★★½ 375
**$38.07**

Beach Tent, 2/3/4/6-8 P…
4.2 ★★★★
**40% off** Li…
**$23.99** Lis…

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it fit in a backpack?   Does it protect from wind?   Is it easy to set up?   Does it have a carrying case?

Is it machine washable?

## Customer reviews

★★★★½ 4.4 out of 5
2,320 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 13% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 7% |

How customer reviews and ratings work


Sponsored

## Customers say

Customers find the pop-up pod keeps them dry and warm, particularly appreciating its effectiveness at ball games and soccer in cold or bad weather. Moreover, the tent provides good protection from wind and rain, and customers find it easy to set up and take down. However, the size receives mixed feedback - while some find it spacious, others say it's not large enough for two people. Additionally, customers report issues with rip resistance, noting that the plastic windows start tearing and the bottom near the wire rips. The folding mechanism also gets mixed reviews, with some finding it easy to fold while others say it's difficult to fold up.

ai: Generated from the text of customer reviews

**Select to learn more**

✓ Warmth   ✓ Quality   ✓ Wind protection   ✓ Ease of setup   ✓ Weather protection

Ease of folding   Size   ⊖ Rip resistance

### Reviews with images

See all photos ›



### Top reviews from the United States

👤 Busy Momma

★★★★★ **Warm and Dry at Baseball**
Reviewed in the United States on May 30, 2022

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ - 2 Person... Wind (Hunter Green, 46"L x 46"W x 59"H) : Sports & Outdoors    8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 11 of 14    Page ID #:645

Color: Black | Size: 46"L x 46"W x 59"H | **Verified Purchase**

I did my research and waited as I initially couldn't justify to cost. Wish I had bought this sooner. I am sheltered from wind, rain, and cold, even gives me shade on a sunny days and have avoided being hit by a number of foul balls. I can fully enjoy watching the sport from all angles as it is clear. Other structures create blind spots and are uncomfortably low, the nylon on other structures are not as warm and usually do not fully enclose. This is like a portable room that allows me to enjoy the game in any circumstance. Zipping down three sides if I want and always allows for a friend to visit, I bought a two seat folding seat and that is awesome for this set up. I have set up an office space and also set up extra boxes inside to distribute uniforms and swag, distribute tickets and even supported a school carwash collecting money and holding peoples belongings such as phones to keep them dry and safe.

Yup, I love this thing. I do sometimes feel silly setting it up but have other spectators coming up and asking where to get one of these when they are shivering and I am cozy and dry.

It folds up easy, just practice in the comfort of your living room before you venture on to the field.

It is a backpack and easy to carry and it doesn't take up much space in the car.

∨ Read more

40 people found this helpful

Helpful | Report

Kat Mac

★★★★★ **Love this pod**

Reviewed in the United States on February 1, 2025

Color: Black | Size: 46"L x 46"W x 59"H | **Verified Purchase**

I've been hemming and hawing over getting this weather pod but finally. I've used it thru the summer, fall and now winter and have not been disappointed. Summer it does get pretty warm but 3 sides open so good ventilation. The best tho is in the fall & winter when it starts to get chilly and then darn right cold as the pvc keeps the inside pretty decent. High wind…. You don't feel it. Snowing, you're dry and if there's a hint of sun the inside heats right up. There was a bit of a drip when the rain hit it just right as the zipper you can see light thru it but throw a towel on the floor. Very easy to fold up. I have folded it flat multiple times and did actually close it alll the way down once so I know it can be done but I've kept it up almost all the time I've had it. Can't speak for everyone but I am very happy with it.

2 people found this helpful

Helpful | Report

awesomerussell

★★★★★ **Awesome!**

Reviewed in the United States on May 2, 2025

Color: Black | Size: 46"L x 46"W x 59"H | **Verified Purchase**

Awesome and a must have for siblings at the less than ideal weathered events!! Practice the fold numerous times in a dry warm space!! It's not as much fun practicing in the rain and cold

One person found this helpful

Helpful | Report

Lindsay S.

★★★★☆ **Stay dry and warm!**

Reviewed in the United States on June 2, 2025

Color: Black | Size: 40"L x 40"W x 59"H | **Verified Purchase**

Great buy! Stay warm and dry and enjoy your children's games. The one thing I wish is that I would have gotten the XL size. The large is nice but I need more room to keep my bag and cooler in there. It is a tight fit. The XL would be better for a sports mom!

Helpful | Report

Okie Girl

★★★★★ **Great for watching kids sports!**

Reviewed in the United States on March 18, 2025

Color: Royal Blue | Size: 40"L x 40"W x 59"H | **Verified Purchase**

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ 1-2 Person...1-Wind (Hunter Green, 46"L x 46"W x 59"H): Sports & Outdoors 8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 12 of 14    Page ID #:646

I use it when my kids have sports. Blocks the wind, keeps me from sunburn. When it's cold, zip up, 30 degrees warmer in here! Super easy to set up by myself.

One person found this helpful

Helpful | Report

**Tonya Shea**

★★★★★ **Buy this now!**

Reviewed in the United States on April 10, 2025

Color: Hunter Green | Size: 46"L x 46"W x 59"H | Verified Purchase

Best thing I've ever bought for softball. It keeps the cold and rain out. It hold me and my husband easily. It make miserable weather bearable. It's easy to set up and take down.

Helpful | Report

**Shonolee c.**

★☆☆☆☆ **Ripped**

Reviewed in the United States on May 9, 2025

Color: Royal Blue | Size: 46"L x 46"W x 59"H | Verified Purchase

I ordered this back on march 28th, for the softball season, I used it twice and now the carry bag is ripped and the zippers all stick, and missed the window for the return as I didn't start using it until 2 weeks ago, and got two uses out of it before it ripped. I would think for almost $200 it should last more than 2 uses. And there is no way to contact the seller!

Helpful | Report

**BethG**

★★★★★ **Worth it!**

Reviewed in the United States on April 8, 2025

Color: Royal Blue | Size: 40"L x 40"W x 59"H | Verified Purchase

Worth it! Keeps you warm and dry, easy to fold up and comes with a nice bag to carry/store it in. Every sports mom needs one.

Helpful | Report

See more reviews ›

## Top reviews from other countries

**steve just**

★☆☆☆☆ **Very small, can barely fit 1 chair,**

Reviewed in Canada on June 20, 2024

Color: Black | Size: 46"L x 46"W x 59"H | Verified Purchase

olnly good for 1 season , winter, try to retunr within same day and dont cover returns.i am stuck with this thing,

not as expected at all. shark tank it seemed better and very procy for this product. looks like i am takign a loss on this as no return shipping in there guarantee,. BUYER BEWARE

Report

**Amazon Customer**

★★★★★ **I cannot live without this!**

Reviewed in Canada on December 27, 2019

Color: Navy | Size: 36"L x 36"W x 59"H | Verified Purchase

As a soccer mom who has had to sit in cold, wet and windy weather multiple times, I am so grateful to this pod!!! When other parents are running to car or standing in the rain or cold, I am toasty warm and dry.

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ - 2 Person.....Wind (Hunter Green, 46"L x 46"W x 59"H) : Sports & Outdoors   8/30/25, 4:39 PM

Case 2:25-cv-08574-MRA-E    Document 28-1    Filed 10/29/25    Page 13 of 14    Page ID #:647

Comfortably fits a camp chair with a little room for my toddler to sit next to it with a few toys. Can get a bit hot but I'll take that over wet and cold. I attract a lot of attention at games now and people always asking me about the pod, but haven't seen too many out on the sidelines yet. Mind you, set up and take down takes some time getting used to and if it's raining you will still get a bit wet during this process….but this has been my lifesaver! Definitely worth it! I may invest in the double to fit two chairs or a double camp chair in.

**2 people found this helpful**

Report

Gloria; Customer

★★★★☆ **No screens**

Reviewed in Canada on May 5, 2018

**Verified Purchase**

Disappointed that there is no screens

Report

BAS

★★★☆☆ **Never used it.**

Reviewed in Canada on July 8, 2019

Color: Navy | Size: 36"L x 36"W x 59"H | **Verified Purchase**

Bought this for hubby to take on pontoon boat to use as cover when fishing and caught in downpour. Not as roomy as advertised. Never used it. Still in box.

Report

Laura Syrette-Storey

★★★★★ **Amazing product always get compliments**

Reviewed in Canada on July 11, 2018

**Verified Purchase**

Love my under the weather tent!!
It's easy to put up and once you get the hang of putting it down you will love it too!!

One person found this helpful

Report

See more reviews ›

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ - 2 Person... Wind (Hunter Green, 46" L x 46" W x 59" H) : Sports & Outdoors       8/30/25, 4:39 PM

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates