# Exhibit B



Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 1 Per...The Sun (Royal Blue, 36"L x 36"W x 59" H) : Sports & Outdoors    8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E   Document 28-2   Filed 10/29/25   Page 3 of 14   Page ID #:651

$79.99
$99.99
FREE Delivery Tomorrow

$79.99
$99.99
FREE Delivery Tomorrow

$79.99
$94.99
FREE Delivery Monday

$79.99
$94.99
FREE Delivery Tuesday

$79.99
$99.99
FREE Delivery Tomorrow

See available options

See available options

Size: **1 Person**

[ 1 Person ]  [ 1-2 Person ]

| | |
|---|---|
| Brand | Under the Weather |
| Product Dimensions | 36"L x 36"W x 59"H |
| Item Weight | 4.8 Pounds |
| Floor Width | 35 Inches |
| Recommended Uses For | Sun and Bug Protection |

∨ See more

## About this item

- **Instant Screen Barrier**: Our 1-Person Bug-Screen Pod tent is made of ultra soft, fine gauge mesh screens to separate you from biting, stinging and other bothersome insects like gnats and mosquitos
- **Ready in Seconds**: Our super lightweight, one-piece design with memory wire makes it easy to pop open quickly when the bugs start nagging, giving you a relaxing, breezy respite from their nasty bites and stings
- **270-Degree View**: This unique model has no plastic panels – the 3 full-size, double-zip mesh screen doors allow air to pass through even when closed, so you can fish, watch your kids play sports or just enjoy the outdoors
- **UPF 50**: UPF treated fabrics on the top and back side help keep you safe from too much sun, providing up to 50 UPF maximum protection
- **As Seen on Shark Tank**: Under The Weather began in 2010 when the founders invented the original pop-up WeatherPod; we're dedicated to creating superior-quality Pods that are easy to use, and reliably protect you and your loved ones from the elements



Suncave UPF 50+ Sun and Rain…
$112⁴⁷ $149.99 ✓prime

sponsored ⓘ

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 4 Per...The Sun (Royal Blue, 36"L x 36"W x 59"H) : Sports & Outdoors   8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 4 of 14    Page ID #:652

> See more product details

### Additional Details

**Small Business**
This product is from a small business brand. Support small.

💬 Report an issue with this product or seller

*Sponsored* ⓘ

---

**Under the Weather products customers bought together**

  +  

*Sponsored* ⓘ

**This item:** WeatherPod® The Original Shark Tank MyPod™ Mesh 1-2 Person Pop-Up Scree...

WeatherPod® The Original Shark Tank MyPod™ Mesh 1 Person Pop-Up Screen Pod - Keeps Out...

4.4 ★★★★☆ 639     4.4 ★★★★☆ 14
-20% $79⁹⁹         -20% $79⁹⁹
List: $99.99        List: $99.99
                    ✓prime

Total price: $159.98

**Add both to Cart**

ⓘ One of these items ships sooner than the other.
Show details

---

**Based on your recent views** *Sponsored* ⓘ      Page 1 of 58

     

WeatherPod® The Original Shark Tank MyPod™ 1-2 Person Pop-Up Pod - Stay...

South to East Premium Mosquito Head Net for Insect, 2 Pack, Fly & Bug Protection |...

Benvo Mosquito Head Net Mesh, Face Neck Fly Netting Hood from Bugs Gnats Noseeums S...

2 Pack GuoluvSoo Mosquito Head Nets with Drawstring, Premium Bug Net for...

WeatherPod® The Original Shark Tank Side-by-Side™ 2-4 Person Pop-Up Pod...

EVEN NATU Premium M Net - Ultra for Maximu

★★★★☆ 2,320    ★★★★☆ 1,195    ★★★★☆ 9,298    ★★★★☆ 91    ★★★★☆ 198    ★★★★
Amazon's Choice   #1 Best Seller                                               -38% $7
$119⁹⁹           -23% $9⁹⁹       $9⁹⁹ ($5.00 / count)   -12% $5²⁹    $209⁹⁹    List: $12.99
                 ($5.00 / count)                        ($2.65 / count)        ✓prime
✓prime           List: $12.99     ✓prime                Typical: $5.99   ✓prime
                 ✓prime                                 ✓prime

---

**4 stars and above** *Sponsored* ⓘ      Page 1 of 34

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 4 Per...The Sun (Royal Blue, 36"L x 36"W x 59"H) : Sports & Outdoors

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 5 of 14    Page ID #:653

8/30/25, 4:44 PM









WeatherPod® The Original Shark Tank MyPod™ 1-2 Person Pop-Up Pod - Stay...
★★★★☆ 2,320
$189.99
prime

EVEN NATURALS Premium Mosquito Head Net - Ultra-Fine Bug Net for Maximum Head...
★★★★☆ 7,046
-38% $7.99
List: $12.99
prime

HESTYA 4 Pack Mosquito Bug Net Mesh for Head Mosquito Head Net Face Neck Fly Nettin...
★★★★☆ 60
-5% $9.49
Typical: $9.99
prime

Cliganic 10 Pack Mosquito Repellent Bracelets for Adults & Kids - Natural DEET...
★★★★☆ 30,595
#1 Best Seller
-23% $9.99
($1.00 / count)
List: $12.99
prime

South to East Premium Mosquito Head Net for Insect, 2 Pack, Fly & Bug Protection | ...
★★★★☆ 1,195
#1 Best Seller
-23% $9.99
($5.00 / count)
List: $12.99
prime

Benvo Mos... Net Mesh, ... Netting Ho... Gnats Nose...
★★★★☆
$9.99 ($5.00
prime

## From the brand



Shop Weather Pods
Visit the Store

## Product description

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 4 Per...The Sun 2 (Royal Blue, 36" L x 36" W x 59" H) : Sports & Outdoors    8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 6 of 14    Page ID #:654






### Easy Pop-Open Design

Featuring memory wire for easy set-up, WeatherPod tents pop open and fold up in seconds.



### Wind, Rain & Weather Resistant

Stay sheltered from rain, wind, mud, bugs and even sunburn — and weather all life's biggest moments.



### Great Visibility

WeatherPod pods feature 270° - 360° visibility for an unobstructed view.



### Any Pod for Any Need

Choose among personal pods, family pods, sports pods, wearable pods, privacy pods and more.



Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 1 Per...The Sun (Royal Blue, 35"L x 36"W x 59" H) : Sports & Outdoors 8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 7 of 14    Page ID #:655



| | Comfort Plus Collection | Sun & Fun Collection | Windbuster Collection | Wearables Collection |



1-Person Pod



Tapered 1-Person Pod



1-2 Person Pod



2-3 Person Pop U

| | | | | |
|---|---|---|---|---|
| **Style** | Original Modular Design | Original Tapered Design | Modular Design, 2-Person Pod | Modular Design |
| **Seating Capacity** | 1 Adult | 1 Adult | 1-2 Adults | 2-3 Adults |
| **Features** | Made for any outdoor activity | Tapered Sides Blunt Wind Gusts | Room for a chair & cooler | Made for use in ar |
| **Inside Dimensions** | 35"(W) x 35" (D) x 59" (H) | 40"(W) X 40" (D) X 59" (H) | 46"(W) x 46" (D) x 59" (H) | 92"(W) x 46" (D) x |
| **Folded Dimensions** | 20" diameter | 19" diameter | 24" diameter | 24" diameter |
| **Weight** Approx. 7 lbs. | — | Approx. 7.5 lbs. | Approx. 8 lbs. | Approx. 11 lbs. |

| How to Fold (1) | How to Fold (2) | How to Fold (3) | How to Fold (4) | How to Fold (5) |

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 4 Per...The Sun™ (Royal Blue, 36″ L x 36″ W x 59″ H) : Sports & Outdoors    8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 8 of 14    Page ID #:656



| Q | How do I use my pod the first time? | ▼ |
|---|---|---|

| Q | The wires on my pod are twisted. What should I do? | ▼ |
|---|---|---|

| Q | What do I do if a zipper seems stiff and isn't working smoothly? | ▼ |
|---|---|---|

| Q | Why is my plastic wrinkly? | ▼ |
|---|---|---|

| Q | Can I put a heater in my WeatherPod? | ▼ |
|---|---|---|

## Product information

| Features & Specs | ▼ |
|---|---|

**Materials & Care** ▲

| Material Type | Polyester and Mesh |
|---|---|
| Product Care Instructions | Hand Wash |
| Pole Material Type | Fiberglass |
| Base | plastic |
| Stake Material | aluminum or steel |
| Tent Floor Material | Mesh |
| Rainfly Material | unknown synthetic material |

| Style | ▼ |
|---|---|

| Measurements | ▼ |
|---|---|
| Item details | ▼ |
| User guide | ▼ |

**Feedback**

Would you like to **tell us about a lower price?** ▼

## Product guides and documents

User Manual (PDF)

## Product Videos

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 1 Per...The Sun (Royal Blue, 36" L x 36" W x 59" H) : Sports & Outdoors    8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 9 of 14   Page ID #:657



Videos for this product

WeatherPod - As seen on Shark Tank
Under the Weather®
Now playing   0:58

Under the Weather MyPod Sports Pod
Merchant Video
0:16

Side by Side Open
Under the Weather®
0:38

WeatherPod 1-Person Pop-Up Pod with Tinted Panels – Pop-Up Weather Pod,…
★★★★ 21
$99.99

WeatherPod® The Original Shark Tank MyPod™ 1-2 Person Pop-Up Pod - St…
★★★★½ 2320

### Products related to this item
*Sponsored*                    Page 1 of 58


WeatherPod® The Original Shark Tank Side-by-Side™ 2-4 Person Pop-Up Pod…
★★★★ 198
Amazon's Choice
$209.99
✓prime


WeatherPod® The Original Shark Tank MyPod™ Mesh 1 Person Pop-Up Screen Pod…
★★★★½ 14
-20% $79.99
List: $99.99
✓prime


WeatherPod® The Original Shark Tank MyPod™ 1-2 Person Pop-Up Pod - Stay…
★★★★½ 2,320
$119.99
✓prime

Benvo Mosquito Head Net Mesh, Face Neck Fly Netting Hood from Bugs Gnats Noseeums S…
★★★★½ 9,298
$9.99 ($5.00 / count)
✓prime


EAST OAK Screen House Tent Pop-Up, Portable Screen Room Canopy Instant Screen Tent …
★★★★½ 1,329
#1 Best Seller
-16% $134.89
List: $159.99
✓prime


South to Ea… Mosquito H… Insect, 2 Pa… Protection …
★★★★½
#1 Best Seller
-23% $9.
($5.00 / coun…
List: $12.99
✓prime

### Similar brands on Amazon
Page 1 of 2
*Sponsored*

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh 1 Per...The Sun – (Royal Blue, 36" L x 36" W x 59" H) : Sports & Outdoors          8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 10 of 14   Page ID
#:658





## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it fit in a backpack?  Does it protect from rain?  Is it easy to set up?  Does it have a carrying case?

Is the mesh fine enough to keep out small bugs?

## Customer reviews

 4.4 out of 5
639 global ratings

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 17% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 4% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review


Sport-Brella Reclining Bea...
-25% $74⁹⁷ List Price: $99.99
prime

## Customers say

Customers find the bug pod effective at keeping out even tiny gnats and mosquitoes, and appreciate its sun and rain protection. The product works well for outdoor activities, with one customer noting its usefulness at ballparks, and customers consider it a worthwhile investment, particularly for track and field coaches. While some customers find it roomy for one person, others mention limited leg space. The folding mechanism receives mixed feedback, with some finding it easy to set up while others find it difficult to fold.



**Select to learn more**

✓ Quality  ✓ Bug protection  ✓ Protection from weather  ✓ Outdoor use
✓ Value for money  ✓ Works great  Ease of folding  Roomy

### Reviews with images                                         See all photos ›

   

## Top reviews from the United States

 Mrs. Bubbles

★★★★★ **Bug Free Oasis!**
Reviewed in the United States on December 2, 2022
Color: Navy | Size: 1 Person | **Verified Purchase**

Bought one for hubby this summer because of his allergy to bees. We also use it by the fire, and on the deck when the bugs come out at night. It works! Keeps out even the tiniest gnats and mosquitoes! Gonna

Sponsored 

get another one for me this summer! Folds into a flat disc for travel. Roomy enough for a little fan, too! Love it! Sturdy and well made. Beware of imitations! I've seen a lot of cheap knock-offs but Under the Weather Mesh Pod brand is the best!

5 people found this helpful

Helpful | Report

DeAnica Woods

★★★★★ **Great for Outdoor Sports**

Reviewed in the United States on January 2, 2025

Color: Royal Blue | Size: 1 Person | Verified Purchase

My son plays travel soccer and we play in all weather conditions. This pod truly only fits 1 person. Great for wind resistance and for the most part it keeps the rain off of you. But if there is high winds and rain some of the rain does seep through, but not enough to where you are wet or soaking. I would highly recommend; I loved it so much that I also purchased the family size pod. Only con is that they are hard to fold back into the circle but you can watch YouTube tutorials to show you how.

3 people found this helpful

Helpful | Report

WR 

★★★★☆ **Very cool idea! Kept me cool and out of the sun.**

Reviewed in the United States on July 28, 2021

Color: Black | Size: 1 Person | Verified Purchase

This is the first one I've owned and it took practicing a couple of times to get it folded back, but after the first couple of tries, I was able to fold it up and get it back into the carrying case. The mesh sides are great for summer and buggy conditions. The zippers and stitching are good quality. Not the best, but I would consider the quality sufficient for the application. They certainly aren't the worse either, but they are sufficient. The tarp floor is great for keeping your belongings from getting dirty or wet and keeping bugs out of it. I have an oversized chair that leans back a bit and a footrest. The chair fit comfortably inside. Obviously the footrest would not fit, but the pod is not designed for that. But it left plenty of room for a personal cooler and a backpack. The pod comes with stakes if you are fortunate enough to be able to stake it down into the ground. My first use of it unfortunately was on pavement so a strong breeze did blow it over. My chair kept it from complete blowing away, but it did overturn the chair, so having the cooler and backpack on the floor helped weigh it down. It rained a bit twice the first day I used it. Obviously the mesh is not intended to keep rain out but I was turned away from the rain, which was only a light rain so I didn't get very wet at all and it kept my cooler and backpack from getting drenched. Everyone else at the car

∨ Read more

15 people found this helpful

Helpful | Report

Charlotte L Eakin

★★★★★ **Allows you to attend athletic events in rainy or cold weather**

Reviewed in the United States on July 2, 2025

Color: Red | Size: 1 Person | Verified Purchase

Purchased this so I will be able to attend outdoor athletic activities of my grandchildren. The inside of this actually warms up to a comfortable temperature. I ordered red and my son has a blue

One person found this helpful

Helpful | Report

ChibiTora 

★★★★★ **Satisfied with Product**

Reviewed in the United States on June 22, 2020

Color: Royal Blue | Size: 1 Person | Verified Purchase

I enjoy the portability of this tent and the ability to even lay the tent on its side for afternoon naps. I find that the tent has done a good job with protecting again bugs and the sun, and due to the entire length of the mesh can get good airflow as well. It took a little practice to learn how to fold the tent back down, however the video's supplied were very useful and now I find it to be a quick process. I also enjoy that there are zippers on the inside and outside of the pod making it very easy to enter and exit. Overall I have

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh Pop...The Sun - (Royal Blue, 36"L x 36"W x 59"H) : Sports & Outdoors  8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 12 of 14   Page ID #:660

enjoyed using this pod and find that it does keep me from getting bit by pesky bugs.

5 people found this helpful

Helpful | Report

Skye

★★★★★ Recommend

Reviewed in the United States on May 21, 2025

Color: Sea Blue | Size: 1-2 Person | Verified Purchase

Just what I needed. I love it because unlike all the others I looked at this one has a floor. I don't know how you could keep the bugs out if it's not totally closed in like this one. Zippers work great. It has been doing what it's supposed to.

Helpful | Report

No Name

★★★★★ What I've always wanted

Reviewed in the United States on June 23, 2024

Color: Sea Blue | Size: 1-2 Person | Verified Purchase

Do you enjoy the idea of the outdoors but hate the reality of bugs? This is for you. I have a beautiful deck and backyard but find myself never using it because of all the bugs. They somehow gravitate to me as if they can smell my fear.

My dog loves going outside, but if I don't go with her she'll ask to come in immediately. I feel guilty because I know being outside makes her so happy, so I decided to search for something I could sit in and while she plays around. This was exactly what I had imagined. It opens up and folds back EXTREMELY easily. Anyone here saying otherwise didn't practice it correctly. Once you get the hang of it it takes literally under 30 seconds to fold it up fully.

I will say ironically when my package got delivered I got stung by a wasp going outside to get it, and later that night when I went to use it a mosquito flew in the second I opened it to get in. I think the bugs were retaliating against it, but since then I've gotten pretty quick at getting in and out of it. You will also 100% be made fun of by friends and family, but you can tune them out in your bug free pod and watch on peacefully as they all get swarmed.

16 people found this helpful

Helpful | Report

Sophia Bridgmon

★★★★☆ Good

Reviewed in the United States on June 14, 2025

Color: Silver | Size: 1-2 Person | Verified Purchase

Good but a little had to disassemble.

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Lynda Freund

★★★★★ Is is mesh on three side, needs a cover if it rains

Reviewed in Canada on August 3, 2018

Color: Royal Blue | Size: 1 Person | Verified Purchase

Love this pod, excellent product. Easy to fold, lightweight, great for camping. I made sides for the rain from a tarp, would be nice if it had mesh and solid side but great product.

Amazon.com : WeatherPod® The Original Shark Tank MyPod™ Mesh-It Per...The Sun— (Royal Blue, 36"L x 36"W x 59"H) : Sports & Outdoors    8/30/25, 4:44 PM

Case 2:25-cv-08574-MRA-E    Document 28-2    Filed 10/29/25    Page 13 of 14    Page ID #:661

Report

 Libaliss

★★★★☆  Unfortunately they have made this almost too small to be comfortable in. I am only 5'4' must keep my ...

Reviewed in Canada on July 28, 2018

Color: Royal Blue | Size: 1 Person | **Verified Purchase**

A life saver for me to be able to be outside again. Am highly allergic to wasps, yellow jackets and hornets. Unfortunately they have made this almost too small to be comfortable in. I am only 5'4' must keep my knees completely bent so as not to touch the screen. Difficult at times with arthritic knees. Six inches wider all around would make a huge difference and shouldn't be that much more costly to make.

One person found this helpful

Report

 Maryanne gaudette

★★★★★  **Awesome product.**

Reviewed in Canada on August 10, 2019

**Verified Purchase**

Allergy to bug bites. This product allows me to be outdoors with family, bite free.

Report

 Isabelle Beaudoin

★★★★★  **Fonctionne très bien**

Reviewed in Canada on October 24, 2019

**Verified Purchase**

Pour les intempéries c'est génial

Report

Translate review to English

See more reviews ›

Back to top

Amazon.com: WeatherPod® The Original Shark Tank MyPod™ Mesh Tent...The Sun™ (Royal Blue, 36" L x 36" W x 59" H) : Sports & Outdoors    8/30/25, 4:44 PM

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon    English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates