# Exhibit G

ON-THE-SPOT PAIN RELIEF. HIDOW MUSCLE STIMULATION DEVICES. SAVE NOW.   ✕

+1 513-871-0400      Login      0



SHOP ⌄    ABOUT ⌄        Search

POD 101 ⌄    SUPPORT ⌄

POD FINDER



# Weather Pod 10 Foot 6-8 Person 6-Panel Four Season Pop-Up Dome Tent

★★★★★ 1 review

$379.99 USD

Buy now and pay later with .

**Color**



**Size**


6XL

    

**Qty**



ADD TO CART

Buy with

More payment options

Turn any outdoor space into a roomy enclosed patio in minutes, with our bubble tent. Entertain year-round in the garden, on the patio and enjoy picnics at the park or on RV trips—even when the weather doesn't comply. Our oversized 6-panel four season tent has clear panels on all sides for 360º unobstructed views and the open floor makes it a breeze to quickly cover outdoor seating or dining sets. Party sized for six to eight guests, this pop-up bubble tent pops open instantly to provide fully enclosed cover, any time you need it. The two extra-large doors have double-zip windows with bug-proof screens and clear plastic so

you can dine under the stars, host game night outside, or enjoy an ocean sun set, season after season in the comfort of this pop-up dome tent. For extra shade and protection add a weather-resistant roof cover and waterproof floor (sold separately).

**NOTE:** This Dome tent is considered an<u>oversized product</u> and does not qualify for our 30-day return or exchange policy. Customers are responsible for all shipping costs including returns and exchanges. Please review our<u>Shipping Policy</u> and<u>Warranty FAQ</u> on oversized products before ordering this product.

+ Features

+ Specs

+ Customize

+ Shipping

   

# Frequently Bought Together

**Roof Cover for 6-8 Person Weather Pod Pop-Up Dome Tents**

from $29.99 USD

**Bug-Screen Pod 6-8 Person Pop-Up Dome Tent with Mesh**

$199.99 USD

**Waterproof Pod Tent Floor for 6-8 Person Pop-Up Dome Tents**

$35.99 USD

**Weather Pod 92x46 2-4 Person Pop Up Pod**

☆☆☆☆☆

$269.99 USD

# Recently Viewed Products

**Bug-Screen Pod 6-8 Person Pop-Up Dome Tent with Mesh**

$199.99 USD

**Weather Pod 56 x 56 Square 2-4 Person Pop-Up Pod**

★★★★★ 249 reviews

$199.99 USD

# Product Reviews



### Kay R.
United States

**09/20/2023**

★★★★★ **Awesome!**

This was pretty easy to set up and take down and is big enough to fit my patio table and chairs. I can't wait to use it when the weather gets colders!

Weather Pod 10 Foot 6-8 Person 6-Panel Four Season Pop-Up Dome Tent

Share    Was this helpful?  👍 0   👎 0

Sign up to get the latest on sales, new releases and more …

Enter your email address...        **SIGN UP**



Powered by Stamped.io



## Quick Links

About Us

Customer Service

Shop All Pods

Military Discount

## Support & Help

FAQs

Folding Videos

Pod 101

Privacy Policy

Terms

Patents

## Contact Info

1 513-871-0400

support@utwpods.com

Customer Service

Newsletter

© 2023 WeatherPod, LLC Powered by Shopify

